Jeffrey M. Byer, Bar No. 149332
**SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**
402 West Broadway, Suite 1700
San Diego, CA 92101-3542
Telephone (619) 992-4777
Email: jbyer@sllbv.com

Attorneys for Defendant
ASSOCIATED ADJUSTERS NETWORK, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TIM CROSS, LLC, a Florida limited liability company registered as a foreign California LLC, <br><br> Plaintiff, <br> v. <br><br> ASSOCIATED ADJUSTERS NETWORK, INC. aka AAN, a Tennessee corporation; and DOES 1 to 25, <br><br> Defendants. | Case No. <br><br> NOTICE OF REMOVAL OF ACTION <br><br> [28 U.S.C. § 1441(b) DIVERSITY] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant ASSOCIATED ADJUSTERS NETWORK, INC. ("Defendant") hereby removes to this Court the action filed in the Superior Court of California, County of Orange described below.

1.   On or about August 17, 2023, plaintiff Tim Cross, LLC ("Plaintiff") filed a Complaint in the Superior Court of California, County of Orange ("Orange County Superior Court"), styled *Tim Cross, LLC, a Florida limited liability company registered as foreign California LLC v. Associated Adjusters Network, Inc. aka AAN, a Tennessee corporation; and DOES 1 to 20, inclusive,* as Case No. 30-2023-01343555-CU-BC-CJC (the "Complaint".)   A copy of the Complaint is attached hereto as Exhibit A.

///

2.      Defendant first received a copy of the Complaint when it was served on August 28, 2023.  A copy of the Summons served with the Complaint is attached hereto as Exhibit B.

3.      To date, no proceedings have occurred in the Orange County Superior Court, and Defendant has not filed a responsive pleading to the Complaint.

4.      Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441(a), because that district embraces the Orange County Superior Court.

5.      Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal in the Orange County Superior Court, and give written notice of the removal of this action to Plaintiff's counsel.

6.      This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that the matter in controversy exceeds the sum of $75,000 based on Plaintiff's allegation in the Complaint that it is entitled to recover damages in excess of $250,000, and in that there is now, and there was at the time the Complaint was filed, complete diversity of citizenship between Plaintiff and Defendant.

7.      Complete diversity of citizenship exists in that at the time of the filing of the Complaint and as of the filing of this Notice of Removal, (1) Plaintiff was and is a limited liability company formed in the State of Florida with its principal place of business in the State of California, and its owner and sole member was and is a citizen of the State of California, whereas (2) Defendant was and is a corporation incorporated under the laws of the State of Tennessee with its principal place of business in the State of Tennessee.

///

///

///

WHEREFORE, Defendant prays that the above-captioned action be removed to this Court.

Dated: September 27, 2023

**SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**

By: /s/ Jeffrey M. Byer
Jeffrey M. Byer
Attorneys for Defendant
ASSOCIATED ADJUSTERS NETWORK, INC.