JEFFREY S. BENICE, ESQ. (SBN 81583)
BENICE LAW
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600
Facsimile: (714) 641-3604
Website: www.JeffreyBenice.com
E-mail: jsb@jeffreybenice.com

Attorney for Plaintiff,
Tim Cross LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TIM CROSS, LLC, a Florida limited liability company registered as foreign California LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATED ADJUSTERS NETWORK, INC. aka AAN, a Tennessee corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 8:23-cv-01806-JVS-ADS**<br><br>[*Assigned for all purposes to Hon. James V. Selna, Courtroom 10C*]<br><br>**NOTICE OF SETTLEMENT**<br>_____ |

Plaintiff TIM CROSS, LLC and Defendant ASSOCIATED ADJUSTERS NETWORK, INC. herein collectively referred to as the "Parties", by and through their respective counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.

The Parties hereby request that the Court vacate all pending due dates and trial currently set for March 4, 2025, and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement.

The parties estimate that the agreement will be fully performed within 21 days, and which time the Parties will immediately file with this Court a joint stipulation for dismissal with prejudice.

**BENICE LAW, APLC**

DATED: February 26, 2025      By: _____
            Jeffrey S. Benice
            Attorney for Plaintiff
            Tim Cross, LLC


**SANDLER LASRY LAUBE BYER & VALDEZ LLP**

DATED: February 26, 2025      By: /s/ Jeffrey Byer_____
            Jeffrey Byer
            Attorney for Defendant
            Associated Adjusters Network, Inc.

# CERTIFICATE OF SERVICE

I, Jeffrey S. Benice, certify pursuant to Local Rule 5-3.2.1 that on February 26, 2025 I caused to be served, by the CM/ECF System, and sent by e-mail the foregoing **NOTICE OF SETTLEMENT** on each of the following parties:

1. ***Attorneys for Defendant***
    Jeffrey M. Byer, Esq.
    Sandler Lasry Laube Byer & Valdez LLP
    402 West Broadway, Suite 1700
    San Diego, CA 92101
    E-mail: jbyer@sllbv.com; msmith@sllbv.com